FLORENCE EAGLESON, PLAINTIFF-PETITIONER, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-RESPONDENT.

*Messrs. O'Brien, Brett & O'Brien* for the petitioner.

*Mr. David M. Sellick* for the respondent.

October 25, 1954.   Denied.

MAUDE F. THORNTON, PLAINTIFF-PETITIONER, v. VILLAGE OF RIDGEWOOD, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Roy J. Grimley* for the petitioner.

*Messrs. Doughty & Dwyer* and *Mr. William E. Reinhardt* for the respondents.

October 25, 1954.   Granted.